UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NUTRACEA,                                         NO. 2:06-cv-2019-MCE-DAD

        Plaintiff,

  v.                                              ORDER

LANGLEY PARK INVESTMENTS PLC;
HARRY G. PEARL; RUFUS PEARL;
PEARL INVESTMENT MANAGEMENT
SERVICES LIMITED; and DOES 1
THOUGH 50 inclusive,

        Defendants.

----oo0oo----

    The hearing on Plaintiff NutraCea's request for a preliminary injunction in this matter was held on November 6, 2006. Peter D. Halloran represented NutraCea; Robert A. Phillipson apppeared on behalf of Defendant Langley Park Investments Trust PLC.

//

//

1

1 At the close of the hearing Mr. Phillipson agreed, on behalf
2 of his client, that Langley Park would deposit an additional
3 amount of cash to the already existing escrowed funds to equal
4 $2.5 million not later than ten (10) days following the date of
5 the November 6, 2006 hearing, said funds not to be withdrawn
6 absent prior consent of the parties or court order.  Notice of
7 such deposit shall be filed by Langley Park with this Court and
8 served on all parties by Monday, November 20, 2006.

9 In light of this agreement, and given the Court's
10 determination, as stated on the record, that NutraCea was not
11 likely to prevail on the merits of this controversy for purposes
12 of establishing entitlement to the extraordinary remedy of a
13 preliminary injunction, NutraCea's request for preliminary
14 injunction was DENIED for the reasons set forth at the conclusion
15 of the November 6, 2006 hearing.

16 IT IS SO ORDERED.

DATED: November 7, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE